```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X        07-CV-6378

YOLANDA ROMERO, on behalf of herself
and all others similarly situated,

                Plaintiff,

     -against-                                RULE 7.1
                                              DISCLOSURE
FINANCIAL ENTERPRISES, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - X
```

Defendant, FINANCIAL ENTERPRISES, INC., by its attorney, Arthur Sanders, alleges it has no publicly traded parent companies.

Dated:  Spring Valley, New York
        August 2, 2007

```
                              _/S/_____
                              ARTHUR SANDERS, ESQ. (AS-1210)
                              Attorney for defendant
                              2 Perlman Drive – Suite 301
                              Spring Valley NY 10977-5230
                              845-352-7272
```

# CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

Abraham Kleinman, Esq.

_/S/_____
ARTHUR SANDERS