UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X     **07-CV- 6378**

YOLANDA ROMERO, on behalf of herself
and all others similarly situated,

               Plaintiff,

  -against-     ANSWER TO COMPLAINT

FINANCIAL ENTERPRISES, INC.,

               Defendant.

- - - - - - - - - - - - - - - - - X

    Defendant, FINANCIAL ENTERPRISES, INC., by its attorney Arthur Sanders, as and for its answer to the complaint of plaintiff, alleges as follows:

    1.  Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "1" of the Complaint.

    2.  Defendant admits that the Court has jurisdiction over this action.

    3.  Defendant admits the allegation contained in Paragraph "3" of the Complaint.

    4.  Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "4" of the Complaint.

5.    Defendant admits the allegation contained in Paragraph "5" of the Complaint.

6.    Defendant denies the allegation contained in Paragraph "6" of the Complaint.

7.    Defendant denies the allegation contained in Paragraph "7" of the Complaint.

8.    Defendant denies the allegation contained in Paragraph "8" of the Complaint.

9.    Defendant denies the allegation contained in Paragraph "9" of the Complaint and all of its sub-parts.

10.   Defendant denies the allegation contained in Paragraph "10" of the Complaint.

11.   Defendant denies the allegation contained in Paragraph "10" of the Complaint.

12.   Defendant denies the allegation contained in Paragraph "10" of the Complaint.

13.   Defendant denies the allegation contained in Paragraph "10" of the Complaint.

14.   Defendant denies the allegation contained in Paragraph "10" of the Complaint.

15.   Defendant admits mailing correspondence to the plaintiff dated June 1, 2007 but otherwise denies knowledge or information sufficient to form a belief with respect to the

truth of the allegation contained in Paragraph "15" of the Complaint.

16. Defendant admits mailing correspondence to the plaintiff dated June 1, 2007 but otherwise denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "15" of the Complaint.

17. Defendant denies the allegation contained in Paragraph "17" of the Complaint.

18. Defendant admits the allegation contained in Paragraph "18" of the Complaint.

19. Defendant denies the allegation contained in Paragraph "19" of the Complaint.

20. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "20" of the Complaint.

21. Defendant denies the allegation contained in Paragraph "21" of the Complaint.

22. Defendant denies the allegation contained in Paragraph "22" of the Complaint.

WHEREFORE, defendant, FINANCIAL ENTERPRISES, INC., requests Judgment dismissing the complaint with prejudice and denying all requested relief therein, together with such other

and further relief as the Court deems just and proper, including costs and reasonable attorneys' fees.

Dated:   Spring Valley, New York
         August 2, 2007

                                    __/S/_____
                                    ARTHUR SANDERS, ESQ. (AS-1210)
                                    Attorney for defendant
                                    2 Perlman Drive – Suite 301
                                    Spring Valley NY 10977-5230
                                    845-352-7272



TO:   ABRAHAM KLEINMAN, ESQ. (AK-6300)
      Attorney for plaintiff
      626 RexCorp Plaza
      Uniondale NY 11556-0626

# CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

Abraham Kleinman, Esq.

_/S/_____
ARTHUR SANDERS