UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
YOLANDA ROMERO

               Plaintiff,

   - against -                         07 Civ. 6378 (DAB)
                                         STIPULATION AND
                                         ORDER

FINANCIAL ENTERPRISES, INC.,

               Defendants.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2008

DEBORAH A. BATTS, United States District Judge.

    The parties having appeared and notified the Court that they are attempting to reach a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 60 days of the date of this order, Plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected by Defendants, in which event the action will be restored and assigned to Magistrate Judge Pitman for all purposes.

    SO ORDERED.

Dated:   New York, New York
          MAY 30, 2008

                                               DEBORAH A. BATTS
                                           United States District Judge