LAW OFFICE
# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

July 28, 2008

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

Hon. Deborah A. Batts
United States District Judge
500 Pearl Street
New York, NY 10007

Re: **Yolanda Romero *v.* Financial Enterprises, Inc.**
    **Case 1:07-cv-06378 (DAB)**

Dear Judge Batts:

By Order dated and filed May 30, 2008, Document 4, Plaintiff may apply for restoration of the action to the calendar if settlement is not effected by defendant.

Plaintiff, Yolanda Romero, by and through her attorney Abraham Kleinman, hereby applies for Restoration of this action to the Calendar of Deborah A. Batts, United States District Judge, due to the fact that settlement has not been effected by Defendant.

Respectfully submitted,

Abraham Kleinman

Dated: Uniondale, New York
       July 28, 2008